UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAXYS NORTH AMERICA LLC,<br><br>     Plaintiff,<br><br> -against-<br><br>METAL PARTNERS REBAR, LLC, BGD LV HOLDING, LLC, INTERMETAL REBAR, LLC, JOSE CARRERO, JPMORGAN CHASE BANK N.A. and ADR REBAR, LLC,<br><br>     Defendants. | Civil Action No. 20-cv-02766<br>Judge: Hon. John G. Koeltl |

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that John A. Wait, Esq., of the law firm, Fox Rothschild LLP, hereby enters his appearance as counsel for defendants, Jose Carrero and Intermetal Rebar, LLC, to represent it in connection with the above-captioned proceeding.  Mr. Wait's address and telephone number are:

>Fox Rothschild LLP
>101 Park Avenue, 17th Fl.
>New York, NY 10178
>Attn: John A. Wait, Esq.
>Tel: 212-878-7900
>Fax: 212-692-0940
>Email: jwait@foxrothschild.com

Dated: New York, New York
    April 13, 2020

           **FOX ROTHSCHILD, LLP**

           /s/ John A. Wait
           John A. Wait, Esq.
           101 Park Avenue, 17th Fl.
           New York, NY 10178