**SAUL EWING ARNSTEIN & LEHR LLP**
*A Delaware LLP*
Valerie G. Pennacchio
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102
(973) 286-6700
*Counsel for Defendants*
*BGD LV Holdings, LLC d/b/a Metal Partners International*
*and Metal Partners Rebar LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAXYS NORTH AMERICA LLC,<br><br>         Plaintiff,<br><br>v.<br><br>METAL PARTNERS REBAR, LLC, BGD LV HOLDING, LLC, INTERMETAL REBAR, L.L.C., JOSE CARRERO, JPMORGAN CHASE BANK N.A. and ADR REBAR, LLC,<br><br>         Defendants. | Civil Case No. 1:20-cv-02766 (JGK)<br><br>**ENTRY OF APPEARANCE** |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Valerie G. Pennacchio as counsel on behalf of Defendant BGD LV Holdings, LLC d/b/a Metal Partners International and Metal Partners Rebar LLC.

|  |  |
|---|---|
| Dated:  April 13, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP**<br>*Counsel for Defendants*<br>*BGD LV Holdings, LLC d/b/a Metal Partners*<br>*International and Metal Partners Rebar LLC*<br><br>*/s/ Valerie G. Pennacchio*<br>Valerie G. Pennacchio |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Entry of Appearance* was served via the Court's ECF system on all counsel of record.

April 13, 2020                               */s/ Valerie G. Pennacchio*
                                             Valerie G. Pennacchio

36836836.1 04/13/2020