UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
**TRAXYS NORTH AMERICA LLC,**

                Plaintiff,          20 cv 2766 (JGK)

      - against -               <u>ORDER</u>

**METAL PARTNERS REBAR, LLC, BGD LV HOLDING, LLC, INTERMETAL REBAR, L.L.C., JOSE CARRERO, JPMORGAN CHASE BANK N.A. and ADR REBAR, LLC,**

                Defendants.
―――――――――――――――――――――――――――――――
**JOHN G. KOELTL, District Judge:**

    The parties should provide the Court promptly with any Order of the Bankruptcy Court approving the transfer of this action with respect to the debtors to the Bankruptcy Court, or, if there is no such Order, explain why no such Order is needed.

**SO ORDERED.**

**Dated:    New York, New York**
           **September 3, 2020**          <u>   /s/ John G. Koeltl   </u>
                                                        **John G. Koeltl**
                                     **United States District Judge**