```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**TRAXYS NORTH AMERICA LLC,**

                Plaintiff,        20 cv 2766 (JGK)

      - against -                ORDER

**METAL PARTNERS REBAR, LLC, BGD LV HOLDING, LLC, INTERMETAL REBAR, L.L.C., JOSE CARRERO, JPMORGAN CHASE BANK N.A. and ADR REBAR, LLC,**

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to transfer this case to the District of Nevada for automatic referral to the Bankruptcy Court for the District of Nevada. The Clerk is also directed to close all pending motions.

**SO ORDERED.**

**Dated:**    New York, New York
          September 10, 2020          /s/ John G. Koeltl
                                                    John G. Koeltl
                                   United States District Judge